# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ROBERTO MARTINEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>MERCY HOSPITAL OF BAKERSFIELD, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:09-cv-01994-OWW-SMS PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 13) |

On March 14, 2011, Plaintiff Luis Roberto Martinez filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. Id.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on March 14, 2011.


IT IS SO ORDERED.

**Dated:   March 16, 2011**               /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1